IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AMERICAS LEADING FINANCE, LLC<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CENTERBRIDGE PARTNERS, LP, Et Al.,<br><br>　　Defendants. | CIV. NO.:20-1084 (SCC) |

## JUDGMENT

In view of the Order at Docket No. 77, this action is dismissed with prejudice, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of January, 2020.

　　　　　S/SILVIA CARRENO-COLL
　　　　　UNITED STATES DISTRICT COURT JUDGE